**UNITED STATES of America, Appellee,**

v.

**Bryan R. DUNN, Appellant.**

No. 11–2106.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 16, 2011.

Filed: Oct. 4, 2011.

John D. Keller, Richard D. Westphal, Assistant U.S. Attorneys, U.S. Attorney's Office, Davenport, IA, for Appellee.

James Bryson Clements, Davenport, IA, for Appellant.

Bryan R. Dunn, Florence, CO, pro se.

Eastern District of Missouri.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Bryan Dunn appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we reject Dunn's arguments on appeal, and we conclude that the revocation sentence of 12 months in prison with 19 months of supervised release was not unreasonable, *see United States v. Perkins*, 526 F.3d 1107, 1110–11 (8th Cir.2008). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.